# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MOHAMED ALI SAMANTAR ) | Case No. 12-11085-BFK |
| ) | Chapter 7 |
| ) | |
| Debtors ) | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

Janet M. Meiburger, Esq., the Chapter 7 trustee for the estate of the debtor in the above-named case (the "Trustee"), by counsel, hereby withdraws the Trustee's Report of No Distribution (the "Report") (Docket No. 41).

                                        Respectfully submitted,

                                        THE MEIBURGER LAW FIRM, P.C.

Dated: June 11, 2012                By: /s/ Janet M. Meiburger
                                                          Janet M. Meiburger, Esq., VSB No. 31842
                                                          The Meiburger Law Firm, P.C.
                                                          1493 Chain Bridge Road, Suite 201
                                                          McLean, Virginia 22101
                                                          (703) 556-7871
                                                          Proposed Counsel to Chapter 7 Trustee

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of June, 2012, a true and correct copy of the foregoing Withdrawal of Trustee's Report of No Distribution will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

/s/ Janet M. Meiburger
Janet M. Meiburger